AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murphy, Diana E. | U.S.Court of Appeals (8th Cir) | 05/30/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
300 S. Fourth Street, 11E
Minneapolis, MN 55415

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Life Trustee | University of Minnesota Foundation |
| 2. | Trustee | University of St. Thomas |
| 3. | Director | Hill Museum and Manuscript Library |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/30/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/30/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Wells Fargo NTL Tax Free MM Fund, Mpls, MN | A | Interest | M | T | | | | | |
| 2. | Wells Fargo Ntl Tax Free MM Fund, Mpls, MN | A | Interest | M | T | | | | | |
| 3. | Checking Acct, Wells Fargo Bk, Mpls, MN | A | Interest | J | T | | | | | |
| 4. | Trust, Wells Fargo Bk (mun bds & cash eq) | G | Interest | P2 | T | | | | | |
| 5. | IRA Robt W Baird & Co., Milw, WI (USBonds) | D | Interest | M | T | | | | | |
| 6. | Bond - Minnetonka, MN | C | Interest | L | T | | | | | |
| 7. | Bond - Maple Grove, MN | A | Interest | L | T | | | | | |
| 8. | Bond - Olmsted County | C | Interest | L | T | | | | | |
| 9. | Bond - Richfield, MN | C | Interest | L | T | | | | | |
| 10. | Bond - Richfield, MN | C | Interest | L | T | | | | | |
| 11. | Bond - Champlin, MN | C | Interest | L | T | | | | | |
| 12. | Bond - Chaska, MN | C | Interest | L | T | | | | | |
| 13. | Bond - Lake Elmo, MN | C | Interest | L | T | | | | | |
| 14. | Bond - Minnetonka, MN | C | Interest | L | T | | | | | |
| 15. | Bond - Northfield, MN | C | Interest | L | T | | | | | |
| 16. | Bond - Saint Anthony, MN | C | Interest | L | T | | | | | |
| 17. | Bond - Shakopee, MN | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bond - Washington Cty, MN | C | Interest | L | T | | | | | |
| 19. Bond - West St. Paul, MN | | None | | | Redeemed | 02/13/13 | L | A | |
| 20. Bond - Bloomington, MN | C | Interest | L | T | | | | | |
| 21. Bond - Edina, MN | C | Interest | L | T | | | | | |
| 22. Bond - Golden Valley, MN | C | Interest | L | T | | | | | |
| 23. Bond - Anoka, MN | C | Interest | L | T | | | | | |
| 24. Bond - Bloomington, MN | C | Interest | L | T | | | | | |
| 25. Bond - Dayton, MN | C | Interest | L | T | | | | | |
| 26. Bond - Golden Valley, MN | C | Interest | L | T | | | | | |
| 27. Bond - Golden Valley, MN | C | Interest | L | T | | | | | |
| 28. Bond - Golden Valley, MN | C | Interest | L | T | | | | | |
| 29. Bond - Bloomington, MN | B | Interest | L | T | | | | | |
| 30. Bond - Spring Lake Park | C | Interest | L | T | | | | | |
| 31. Bond - Three Rivers Park, MN | | None | | | Redeemed | 02/13/13 | L | A | |
| 32. Bond - Alexandria, MN | C | Interest | L | T | | | | | |
| 33. Bond - Bloomington, MN | C | Interest | L | T | | | | | |
| 34. Bond - Brooklyn Ctr, MN | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bond - Crystal, MN | C | Interest | L | T | | | | | |
| 36. Bond - Eden Prairie, MN | C | Interest | L | T | | | | | |
| 37. Bond - Sauk Centre, MN | C | Interest | L | T | | | | | |
| 38. Bond - Staples, MN | C | Interest | L | T | | | | | |
| 39. Bond - Edina, MN | C | Interest | L | T | | | | | |
| 40. Bond - Fridley, MN | C | Interest | L | T | | | | | |
| 41. Bond - Minneapolis, MN | C | Interest | L | T | | | | | |
| 42. Bond - Mound, MN | C | Interest | L | T | | | | | |
| 43. Bond - North St. Paul, MN | C | Interest | L | T | | | | | |
| 44. Bond - North St. Paul, MN | C | Interest | L | T | | | | | |
| 45. Bond - Rochester, MN | C | Interest | L | T | | | | | |
| 46. Bond - Waconia, MN | C | Interest | L | T | | | | | |
| 47. Bond - Anoka MN | C | Interest | L | T | | | | | |
| 48. Bond - St. Paul MN | C | Interest | L | T | | | | | |
| 49. Bond - Minnesota State | C | Interest | L | T | | | | | |
| 50. Bond - Mound MN | C | Interest | M | T | | | | | |
| 51. Bond - St. Paul MN | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bond - St. Paul MN | C | Interest | L | T | | | | | |
| 53. Bond - Alaska | D | Interest | M | T | | | | | |
| 54. Bond - Missouri State | C | Interest | L | T | | | | | |
| 55. Bond - Omaha | C | Interest | L | T | | | | | |
| 56. Bond - Minnesota | C | Interest | L | T | | | | | |
| 57. Bond - So. MN Municipal (Y) | | | | | | | | | |
| 58. Bond - Centennial Sch | | None | | | Redeemed | 02/13/13 | L | A | |
| 59. Bond - Brooklyn Park | C | Interest | L | T | | | | | |
| 60. Bond - Rosemount | C | Interest | L | T | | | | | |
| 61. Bond - Andover | | None | | | Redeemed | 08/01/13 | L | A | |
| 62. Bond - Moundsview | C | Interest | L | T | | | | | |
| 63. Bond - Minnesota | C | Interest | L | T | | | | | |
| 64. Bond -Three Rivers Park | | None | | | Redeemed | 05/01/13 | L | A | |
| 65. Bond - Eden Prairie | C | Interest | L | T | | | | | |
| 66. Bond - Prior Lake | | None | | | Redeemed | 02/01/13 | L | A | |
| 67. Bond -St. Cloud | C | Interest | L | T | | | | | |
| 68. Bond - St. Michael | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Bond Minnesota | C | Interest | L | T | | | | | |
| 70. Bond - Spring Lake Park | C | Interest | L | T | | | | | |
| 71. Bond - Canadian Govt | | None | | | Sold | 09/10/13 | N | | |
| 72. Bond - Canadian Govt | | None | | | Sold | 09/10/13 | N | | |
| 73. Bond - Canadian Govt | | None | | | Sold | 09/06/13 | L | | |
| 74. Bond - Canadian Govt | | None | | | Sold | 09/10/13 | N | | |
| 75. Bond - Hennepin County | C | Interest | M | T | | | | | |
| 76. Bond - Hopkins, MN | B | Interest | L | T | | | | | |
| 77. Bond - Minneapolis, MN | B | Interest | L | T | | | | | |
| 78. Bond - Minnesota State | D | Interest | M | T | | | | | |
| 79. Bond - Moundsview, MN | D | Interest | M | T | | | | | |
| 80. Bond - Omaha, NE | D | Interest | M | T | | | | | |
| 81. Bond - Orono, MN | C | Interest | L | T | | | | | |
| 82. Bond - Texas State | D | Interest | M | T | | | | | |
| 83. Bond - West Fargo, ND | D | Interest | M | T | | | | | |
| 84. Bond - Alexandria, MN | A | Interest | L | T | | | | | |
| 85. Bond - Canadian Govt | | None | | | Sold | 08/12/13 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Bond - Canadian Govt | | None | | | Sold | 08/12/13 | N | | |
| 87. Bond - Canadian Govt | | None | | | Sold | 08/19/13 | O | | |
| 88. Bond - Canadian Govt | | None | | | Sold | 09/20/13 | O | | |
| 89. Bond - Canadian Govt | | None | | | Sold | 09/03/13 | O | | |
| 90. Bond - Canadian Govt | | None | | | Sold | 09/04/13 | P1 | | |
| 91. Bond - Hennepin County, MN | D | Interest | L | T | | | | | |
| 92. Bond - Hennepin County, MN | B | Interest | L | T | | | | | |
| 93. Bond - Hennepin County, MN | D | Interest | M | T | | | | | |
| 94. Bond - Hopkins, MN | C | Interest | L | T | | | | | |
| 95. Bond - Moundsview, MN | B | Interest | L | T | | | | | |
| 96. Bond - Omaha, NE | C | Interest | M | T | | | | | |
| 97. Bond - Orono, MN | C | Interest | L | T | | | | | |
| 98. Bond - Ramsey County, MN | B | Interest | L | T | | | | | |
| 99. Bond - Ramsey County, MN | C | Interest | L | T | | | | | |
| 100. Bond - St. Paul, MN | C | Interest | L | T | | | | | |
| 101. Bond - Washington County, MN | C | Interest | L | T | | | | | |
| 102. Bond - Washington County, MN | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/30/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Bond - West Fargo, ND | D | Interest | M | T | | | | | |
| 104. U. S. Treasury Note | E | Interest | P1 | T | | | | | |
| 105. U.S. Treasury Bill | | None | O | T | | | | | |
| 106. U.S. Treasury Bill | | None | N | T | Buy | 07/22/13 | N | | |
| 107. U.S. Treasury Note | | None | P1 | T | Buy | 09/06/13 | P1 | | |
| 108. U.S. Treasury Note | | None | P1 | T | Buy | 11/20/13 | P1 | | |
| 109. U.S. Treasury Bill | | None | O | T | Buy | 07/22/13 | O | | |
| 110. U.S. Treasury Bill | | None | O | T | Buy | 08/05/13 | O | | |
| 111. U.S. Treasury Note | | None | P1 | T | Buy | 10/04/13 | P1 | | |
| 112. U.S. Treasury Note | | None | P1 | T | Buy | 08/19/13 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Murphy, Diana E.** | 05/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  Row 57  -Bond - So. MN Municipal bond - no longer held; disposition unrecorded.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diana E. Murphy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544